IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA J. WILSON                                                                                  PLAINTIFF

v.                                    No. 4:17-cv-60-DPM

EQUIFAX INFORMATION SERVICES, LLC;
JAMES DUFF, In his official capacity as Director
of the Administrative Office of the United States
Courts; BRIAN STACY MILLER, In his official
capacity as Chief Judge for the U.S. District Court
for the Eastern District of Arkansas;
G. EDWARD TOWE, In his official capacity
as Chief U.S. Probation Officer for the Eastern District
of Arkansas; REBECCA HOWELL, In her official
capacity as Deputy Chief U.S. Probation Officer
for the Eastern District of Arkansas; HALLIE
YATES, In her official capacity as Administrative
Manager for the U.S. Probation Office for the
Eastern District of Arkansas; LEANNE ELLIOTT,
In her official capacity as Probation Service
Assistant for the U.S. Probation Office for the
Eastern District of Arkansas; and ANTHONY GUERRA,
In his official capacity as Supervisory Probation
Officer for the Eastern District of Arkansas                                      DEFENDANTS

ORDER

I recuse. I work closely and regularly with several of the defendants; so my impartiality might reasonably be questioned. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 February 2017