UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| LISA J. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 4:17-cv-00060-SNL |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO SUBSTITUTE COUNSEL

Defendant, Equifax Information Services LLC ("Equifax"), has filed a Motion to Substitute Counsel, after this matter was transferred to this Court from United States District Court for the District of Columbia (Civil Action No. 1:16-cv-01345-ABJ). Upon consideration of Equifax's Motion and for good cause shown, the Motion is GRANTED.

The Clerk is ordered to enter the appearances of Roger D. Rowe and Ralph D. Scott III for Defendant Equifax, and to terminate the appearance of Brian R. Meiners for Defendant Equifax.

This 28th day of February, 2017, IT IS SO ORDERED.

United States District Court
Eastern District of Arkansas

DMSLIBRARY01\13656\045003\30011378.v1-2/10/17