# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| LISA WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17cv60 SNLJ |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum and Order entered today,

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED as to defendant Equifax Information Services, LLC.

Dated this  3rd  day of March, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE