UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LISA WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:17cv60 SNLJ |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum and Order entered today,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

Dated this  29th  day of June, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE